**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WADE P. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No.  25-1252 (UNA) |
| | ) | |
| WARDEN DARREL VANNOY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>MEMORANDUM OPINION</u>**

Petitioner Wade P. Jackson currently is incarcerated at the Louisiana State Prison in Angola, Louisiana.  Before the court is his application for leave to proceed *in forma pauperis* (ECF No. 2), *pro se* petition for a writ of habeas corpus (ECF No. 1), and motion for leave to file a successive petition for a writ of habeas corpus (ECF No. 3).  Generally, Petitioner challenges his conviction and sentence, and demands his immediate release from custody.

Federal court review of state court convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies.  28 U.S.C. § 2254(b)(1).  Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . .  may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application."  28 U.S.C. § 2241(d).  Even if Petitioner had exhausted state remedies, given his conviction in a Louisiana court and incarceration in a Louisiana prison, this matter may not proceed in the District of Columbia.

The court GRANTS Petitioner leave to proceed *in forma pauperis* and DENIES the petition and motion for leave to file a successive petition.  An Order is issued separately.

/s/
TANYA S. CHUTKAN
DATE: March 20, 2026                                   United States District Judge